# UNITED STATES DISTRICT COUR
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN**

UNITED STATES OF AMERICA      HEARING: __R5/R40__     CASE #: __1:18MJ501__

-VS-      DATE: __10/17/18__     TIME: __2:00 pm__

TYPE: __FTR RECORDER__     DEPUTY CLERK: __T. FITZGERALD__

__Natalie Sours Edwards__

COUNSEL FOR THE UNITED STATES: __C. Grieco__

COUNSEL FOR THE DEFENDANT: __P. Greenspun__

INTERPRETER: _____     LANGUAGE: _____

( x ) DEFENDANT APPEARED:   ( x ) WITH COUNSEL     (   ) WITHOUT COUNSEL

( x ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____     ( x ) DFT. HAS RETAINED COUNSEL

(   ) GVT. CALL WITNESS & ADDUCES EVIDENCE

(   ) EXHBIT # _____ ADMITTED

(   ) PROBABLE CAUSE: FOUND (   ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

(   ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION   (   ) COURT FINDS DFT. IN VIOLATION

**MINUTES:** USA does NOT seek detention at this time; Deft released on BOND w/specified conditions which include Deft to appear in Southern District of New York for Preliminary Hearing within the time period specified (SEE BOND).

**CONDITIONS OF RELEASE:**
( $100,000 ) UNSECURED ($_____) SECURED ( x ) PTS ( x ) 3^RD PARTY ( x ) TRAVEL RESTRICTED
(   ) APPROVED RESIDENCE ( x ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM ( x ) PASSPORT ( x ) AVOID CONTACT
( x ) DRUG USE (   ) EMPLOYMENT

( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS to be released on BOND w/conditions.
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

**NEXT COURT APPEARANCE:** _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) R5